UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

HERIBERTO LLITERAS
        Petitioner
   v.                                       **Judgment in a Civil Case**
DONNIE HARRISON
        Respondent                    Case Number: 5:10-HC-2065-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for an initial review under 28 U.S.C. § 2243.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on March 16, 2011, with service on:
Herbiberto Lliteras 244941, Wake County Jail, P.O. Box 2419, Raleigh, NC 27602 (via U.S. Mail)

March 16, 2011                                                   /s/ Dennis P. Iavarone
                                                                        Clerk